JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VELICK, | **SA CV-09-00522 DOC (MLGx)** |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to the stipulation between the parties, the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 17, 2010

_____
Hon. David O. Carter
United States District Court Judge

-1-
ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE